# Court of Appeals
# of the State of Georgia

ATLANTA,  October 05, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0357. CORNELIA M. ALLGARY v. DISCOVER BANK.

Cornelia M. Allgary filed this direct appeal from the superior court's order granting summary judgment to Discover Bank and awarding the bank $6,873.01 in principal, $255.00 in court costs, and an unspecified amount of post-judgment interest. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000 or less, an application for discretionary appeal is required." *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992) (punctuation omitted); see also OCGA § 5-6-35 (a) (6). As the total judgment in favor of the bank is for less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar*, 204 Ga. App. at 865-866. Because Allgary failed to follow the required procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/05/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.